IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEVON FRYE,

    Plaintiff,

v.                                  Civil Action No. 3:24cv501

JASON WILSON,

    Defendant.

## MEMORANDUM OPINION

Devon Frye, a Virginia detainee proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action.[1] On November 24, 2025, Frye filed a Notice of Voluntary Dismissal. (ECF No. 40.) Because both Plaintiff and Defendant Jason Wilson have filed Motions for Summary Judgment (ECF Nos. 23, 35), this action may only be dismissed by court order pursuant to Fed. R. Civ. P. 41(a)(2). The Court therefore construes Frye's Notice as a Motion for Voluntary Dismissal. Generally, a plaintiff's motion for dismissal without prejudice should not be denied absent substantial prejudice to Defendants. *See Andes v. Versant Corp.*, 788 F.2d 1033, 1036 (4th Cir. 1986). Defendant Wilson has not opposed Plaintiff's Motion to Dismiss, and the Court finds that he will not be substantially prejudiced. Accordingly, Plaintiff's Motion

---

[1] The statute provides, in pertinent part:

> Every person who, under color of any statute ... of any State ... subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law ....

42 U.S.C. § 1983.

to Dismiss his action, (ECF No. 40), will be GRANTED. The action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order will accompany this Memorandum Opinion.

Date: 12/10/2025
Richmond, Virginia

/s/ M. Hannah Lauck
Chief United States District Judge